IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| STEVEN DICKSON, et al. | § | |
| | § | |
| | § | CASE NO. 7:22-cv-00010 |
| *Plaintiffs*, | § | |
| | § | |
| THE BOSWORTH COMPANY, LTD., | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Each of the Plaintiffs ("Plaintiffs") and The Bosworth Company, Ltd. (Defendant), stipulate and agree that -- since Plaintiffs no longer desire to purse their claims against Defendant -- any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed, *with prejudice*, pursuant to FED. R. CIV. P. 41(a)(1)(ii).

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter an order (1) dismissing, with prejudice, any and all claims asserted by and between Plaintiffs and Defendant in this action, (2) stating all relief not specifically awarded is expressly denied, and (3) indicating that each party shall bear his/its/their own attorney fees and costs.

Respectfully submitted,

By:  */s/ Matthew N. Zimmerman*
   Matthew N. Zimmerman; SBN: 24100386
   mzimmerman@bustoslawfirm.com
   Fernando M. Bustos; SBN: 24001819
   fbustos@bustoslawfirm.com
BUSTOS LAW FIRM, P.C.
P.O. Box 1980
Lubbock, Texas 79408-1980
(806) 780-3976 – Telephone
(806) 780-3800 – Facsimile
**ATTORNEYS FOR PLAINTIFFS**

and

By: /s/Holly B. Williams
     Holly B. Williams
     Texas Bar No. 00788674
     **WILLIAMS LAW FIRM, P. C.**
     1209 W Texas Ave
     Midland, TX 79701-6173
     432-682-7800
     432-682-1112 (fax)
     holly@williamslawpc.com

     and

     Barry S. Hersh
     Texas Bar No. 24001114
     **HERSH LAW FIRM, PC**
     12377 Merit Drive, Suite 880
     Dallas, TX 75251
     Tel. 214-303-1022
     Fax 214-550-8170
     barry@hersh-law.com

     **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record on the date of filing through the Court's ECF system.

/s/ Matthew N. Zimmerman
Matthew N. Zimmerman