# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **STEVEN DICKSON, et al.,** *Plaintiffs*, | § § § |
| v. | § § § **MO:22-CV-10-RCG** |
| **THE BOSWORTH COMPANY, LTD.,** *Defendant*. | § § § |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 59). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 20th day of November, 2023.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE